UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:01-CR-00378-LDG-PAL |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| v. ) | |
| ) | |
| CLIFFORD EPPERSON, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Based on the foregoing motion of the government, leave is hereby granted and this matter is dismissed with prejudice as to defendant CLIFFORD EPPERSON. It is further ordered that the Arrest Warrant for defendant CLIFFORD EPPERSON be quashed.

DATED this 30 day of December, 2015.

_____
United States District Judge
Lloyd D. George

2